IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HERBERT MANYGOAT,

    Plaintiff,

v.                                                                                                                         No. 20-cv-790 JB/JHR

FNU BIRCHFIELD, *et al*,

    Defendants.

**ORDER DIRECTING ISSUANCE OF NOTICE**
**AND WAIVER OF SERVICE FORMS**

This matter is before the Court on Plaintiff's Prisoner *pro se* Civil Rights Complaint (Doc. 1, supplemented by Doc. 10). Plaintiff is incarcerated and proceeding *in forma pauperis*. Construed liberally, the Complaint alleges a detention officer slammed him to the concrete floor and that others refused to intervene or provide medical care. The Court determines the matter cannot be dismissed on screening under 28 U.S.C. § 1915(e). The Court will give Defendants an opportunity to waive service before ordering personal service by the U.S. Marshal. *See* Fed. R. Civ. P. 4(c)(3). Any costs of service may be imposed on Defendants if they decline to waive personal service without good cause. *See* Fed. R. Civ. P. 4(d)(2).

**IT IS ORDERED** that the Clerk's Office shall **ISSUE** notice and waiver of service forms, with copies of the Complaint (Doc. 1, supplemented by Doc. 10), for Officer Birchfield, Sergeant Cockrell, Lieutenant Frank Mejia, and Health Services Administrator Mya Donaldson. The Clerk's Office may use the addresses listed in the Complaint (Doc. 1 at p. 2-3).

                                                                                     _____
                                                                                           UNITED STATES MAGISTRATE JUDGE