IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| HERBERT MANYGOAT, | ) |
| Plaintiff, | )  1:20-CV-00790-DHU-JHR |
| vs. | ) |
| FNU BIRCHFIELD, et al., | ) |
| Defendants. | ) |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (DOC. 37).**

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"). Doc. 37.  This matter was referred to Magistrate Judge Jerry H. Ritter pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3). Doc. 36.  In his PFRD, filed July 13, 2022, Judge Ritter recommended that the Court grant Defendant Mya Donaldson's Motion to Dismiss Plaintiff's Complaint for Damages. Doc. 37.  The parties were notified that written objections to the PFRD were due within fourteen days.  *See id*. at 4.  No objections to the PFRD were filed and the deadline of July 27, 2022 passed.  The recommendation of Magistrate Judge Ritter is therefore adopted by the Court.

**IT IS THEREFORE ORDERED** that Defendant Mya Donaldson's Motion to Dismiss Plaintiff's Complaint for Damages (Doc. 29) is GRANTED.

HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

.

1