FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 04 2023
MITCHELL R. ELFERS
CLERK

Date: 8/6/2023

1:20-CV-00790-DHU-JHR

TO: NEW MEXICO STATE SUPREME COURT
FR: HERBERT MANGOAT #10144 (PRO SE)
RE: OBJECTIONS TO THE SO-CALLED "P.F.R.D"

Back on (1/29/20), "Defendant-M. BIRCHFIELD" Body-Slammed me to the hard Concrete Floor, that (Brutality) broke my right side "Human" Elbow.

This occurred in the (Medical Units) where I am often placed because I got former Broken left side "Tibia" & "Fibula" and Broken right side "Tibia" & "Fibula".

While a Female Inmate was in her Cell, she was talking to me and I was responding; "Birchfield" got Jealous and said, Herbert! don't talk to the Female!!

(PAGE 2 of 3)

| 1:20-CV-00790-DHU-JHR |

At this time, I, said; "United States Constitutional Rights Amendment #1" permits me to speak. At this, I, was pointing my obscene (Finger-Sign) towards an empty Cell... like this;

🖕

"Surveillance Camera" recorded this. When I was put back in my Cell, a female Staff askes, why did you throw him? "Birchfield" instantly lied such as, he threw a bad finger at me.

Procedurally, I, Herbert Manygoat, contends. "Birchfield" should've had written a (Misconduct Report) on me. But, "Birchfield's" conduct became "Cruel" & "Unusual Punishment" Prohibited by the (United States Constitutional Rights Amendment #8.

1:20-CV-00790-DHU-JHR

(Proposed Finding And Recommended Disposition) are against my precious (Physically Disabled) "Human Life" as a <u>Pro Se Legal Activist</u> !!

ATTENTION!! I, already Disposed the "P.F.R.D" years ago due to it appearing my <u>Words</u> weren't accepted.

Lastly... I, want over ($300,000.⁰⁰) due to desiring I'll File for; "Permanently Incapacitated" and "Geriatric" <u>PAROLE</u>.

For my broken right side "Tibia" & "Fibula," the (U.S. Government) classified me as a (Physical Disabled) For Proofs; see (S.S.N. 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) (D.O.B. 12-2-57). I'm a (65) years old Man.

RESPECTFULLY SUBMITTED;
_____#/0144
Herbert Manygoat

(P.s. "Prison Staff" maliciously <u>Obstruck</u> my out-going Legal Mails)

Dated As; 8/16, 2023

